UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,
                        Plaintiff,

           -v-

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,
                        Defendant.

24-CV-6238 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: November 12, 2024
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge